**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

FILED
OCT 18 2016
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY ________ ,DEPUTY

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**-vs-**

**DAI HOANG,**

**Defendant.**

**Case No. CR 16-197 F**

**Violation: 18 U.S.C. § 1163**

## INDICTMENT

The Federal Grand Jury charges:

## COUNT 1

Between on or about November 1, 2015, and on or about February 29, 2016, in the Western District of Oklahoma,

---------------------------------------- **DAI HOANG,** ----------------------------------------

the defendant, an employee of the Tonkawa Tribe of Oklahoma, embezzled and knowingly converted to his use and another's, moneys in excess of $1,000 belonging to an Indian tribal organization, namely, the Tonkawa Tribe of Oklahoma, and entrusted to the custody and care of an employee and agent of an Indian tribal organization, namely the Tonkawa Tribe of Oklahoma.

All in violation of Title 18, United States Code, Section 1163.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

MARK A. YANCEY
United States Attorney

BRANDON HALE
Assistant U.S. Attorney